# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**ASHER WHITE**                                                                    **PLAINTIFF**
**#166867**

**v.**                              **CASE NO. 2:22-CV-00110-BSM**

**DEXTER PAYNE,** *et al.*                                                       **DEFENDANTS**

<u>**ORDER**</u>

    Having reviewed the record *de novo*, United States Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 35] is adopted and Asher White's deliberate indifference claims against L. Allen and S. Collins are dismissed without prejudice. White may proceed with his deliberate indifference claim against Dr. Woodyard.

    IT IS SO ORDERED this 21st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE