IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ASHER WHITE**                                                                                         **PLAINTIFF**
**ADC #166867**

v.                           **CASE NO. 2:22-CV-00110-BSM**

**CHARLES WOODYARD**                                                                          **DEFENDANT**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 47] is adopted and summary judgment is entered on Asher White's claims.

IT IS SO ORDERED this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE