**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**ASHER WHITE**                                                   **PLAINTIFF**
**ADC #166867**

**v.**                       **CASE NO. 2:22-CV-00110-BSM**

**CHARLES WOODYARD**                                   **DEFENDANT**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE